IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
    Plaintiff )
)
vs. ) No. CR-99-8-C
) CIV-16-496-C
GERALD LAMAR BOWEN, )
)
    Defendant )

## J U D G M E N T

Upon consideration of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and Supplement thereto, and the Court's accompanying Memorandum Opinion and Order,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and its Supplement be and the same are hereby denied.

DATED this 11th day of April, 2017.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge